```
_____ FILED           _____ RECEIVED
_____ ENTERED         _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

        JAN 0 4 2021

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MICHEL JAVIER RAMIREZ-MONTES,<br>  aka "Michel Javier Ramirez-Montez,"<br>  aka "Michel Javier Montes,"<br>  aka "Michel Javier Montez,"<br><br>  Defendant. | Case No. 2:20-mj-1091-VCF<br><br>**Order Directing Probation to Prepare a Criminal History Report** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 4th day of January, 2021.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE